UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW T. SHAFER, SHERI HAUGABOOK, PETER HEIDT, JEFFREY SHOVER, MACE TAMSE, GEORGE LIVANOS, MARK LOFTUS, JEFFREY SAMSEN, JEFFREY SHERESKY, STEVE SHERESKY, STEVE NADLER, and SANDY JUKEL, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>   -against-<br><br>MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY COMPENSATION MANAGEMENT DEVELOPMENT AND SUCCESSION COMMITTEE, and John/Jane Does 1-20,<br><br>     Defendants. | Civil Action No. 1:20-cv-11047-PGG<br><br>Hon. Paul G. Gardephe |

**MORGAN STANLEY'S NOTICE OF APPEAL**

Notice is hereby given that Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, and Morgan Stanley Compensation Management Development and Succession Committee (together, "Morgan Stanley") appeal to the United States Court of Appeals for the Second Circuit from this Court's November 21, 2023 Order respecting Morgan Stanley's motion to compel arbitration (ECF No. 86), November 5, 2024 Order denying Morgan Stanley's motion for reconsideration and/or clarification (ECF No. 99), and any other orders incorporated therein.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 29, 2024 | O'MELVENY & MYERS LLP |
|  | By: */s/ Meaghan VerGow* |
|  | Meaghan VerGow<br>Brian D. Boyle (*pro hac vice*)<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 383-5300<br>mvergow@omm.com<br>bboyle@omm.com |
|  | Pamela A. Miller<br>1301 Avenue of the Americas<br>Suite 1700<br>New York, New York 10019<br>Telephone: (212) 326-2000<br>pmiller@omm.com |
|  | *Attorneys for Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, and Morgan Stanley Compensation Management Development and Succession Committee* |

STAYED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:20–cv–11047–PGG

Shafer v. Morgan Stanley, et al  
Assigned to: Judge Paul G. Gardephe  
Cause: 29:1132 E.R.I.S.A.: Civil Enforcement of Employee Benefits

Date Filed: 12/30/2020  
Jury Demand: None  
Nature of Suit: 791 Labor: E.R.I.S.A.  
Jurisdiction: Federal Question

**Plaintiff**

**Matthew T Shafer**  
*individually and on behalf of all others similarly situated,*

represented by **Douglas Patrick Needham**  
Motley Rice LLC  
20 Church Street, 17th Floor  
Hartford, CT 06103  
860–218–2720  
Fax: 860–882–1682  
Email: dneedham@motleyrice.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mark Peter Kindall**  
Izard Kindall & Raabe LLP  
29 South Main Street, Suite 305  
West Hartford, CT 06107  
860–493–6292  
Email: mkindall@ikrlaw.com  
*TERMINATED: 12/17/2021*  
*LEAD ATTORNEY*

**Robert A. Izard**  
Izard Kindall & Raabe LLP  
29 S. Main Street, Suite 305  
West Hartford, CT 06107  
(860) 493–6295  
Fax: (860) 493–6290  
Email: rizard@ikrlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Dona Szak**  
Ajamie LLP  
711 Louisiana Street  
Ste 2150  
Houston, TX 77002  
713–860–1600  
Fax: 713–860–1600  
Email: dszak@ajamie.com  
*ATTORNEY TO BE NOTICED*

**John Saul Edwards , Jr**  
Ajamie LLP  
711 Louisiana Street  
Suite 2150  
Houston, TX 77002  
713–860–1600  
Fax: 713–860–1699  
Email: jedwards@ajamie.com  
*ATTORNEY TO BE NOTICED*

**Mathew P. Jasinski**  
Motley Rice LLC (CT)  
One Corporate Center

20 Church Street, 17th Floor
Hartford, CT 06103
(860) 218–2725
Fax: (860) 882–1682
Email: mjasinski@motleyrice.com
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
Ajamie LLP
711 Louisiana Street
Suite 2150
Houston, TX 77002
713–860–1600
Fax: 713–860–1699
Email: tajamie@ajamie.com
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
Motley Rice LLC (CT)
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860–882–1676
Fax: 860–882–1682
Email: bnarwold@motleyrice.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mace Tamse** represented by **Mathew P. Jasinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Sheresky** represented by **Mathew P. Jasinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Livanos** represented by **Mathew P. Jasinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H. Narwold**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Shover** represented by **Mathew P. Jasinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Loftus** represented by **Mathew P. Jasinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandy Jukel** represented by **Mathew P. Jasinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Nadler** represented by **Mathew P. Jasinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheri Haugabook** represented by **Mathew P. Jasinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)

*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Sheresky** represented by **Mathew P. Jasinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Heidt** represented by **Mathew P. Jasinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Samsen** represented by **Mathew P. Jasinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Robert Ajamie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Morgan Stanley,** represented by **Brian David Boyle**
O'Melveny & Myers LLP (DC)
1625 Eye Street, NW
Washington, DC 20006
(202)−383−5327
Fax: (202)−383−5414
Email: bboyle@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan McLaine VerGow**
O'Melveny & Myers LLP (DC)
1625 Eye Street, NW
Washington, DC 20006

202–383–5504
Fax: 202–383–5414
Email: mvergow@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela Addison Miller**
O'Melveny & Myers LLP
1301 Avenue of the Americas
Ste 1700
New York, NY 10019
212–326–2088
Email: pmiller@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Gillen**
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212–728–5866
Fax: 212–326–2061
Email: kgillen@omm.com
*TERMINATED: 03/15/2023*

| | | |
|---|---|---|
| **Defendant** | | |
| **Morgan Stanley Smith Barney LLC** | represented by | **Brian David Boyle** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Meaghan McLaine VerGow** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Pamela Addison Miller** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Karen Gillen** (See above for address) *TERMINATED: 03/15/2023* |
| **Defendant** | | |
| **Morgan Stanley Compensation Management Development and Succession Committee** | represented by | **Brian David Boyle** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Meaghan McLaine VerGow** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Pamela Addison Miller** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Karen Gillen** (See above for address) *TERMINATED: 03/15/2023* |

**Defendant**

**John/Jane Does**
*1–20*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/30/2020 | 1 | COMPLAINT against John/Jane Does, Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,. (Filing Fee $ 402.00, Receipt Number ANYSDC–23268213)Document filed by Matthew T Shafer..(Narwold, William) (Entered: 12/30/2020) |
| 12/30/2020 | 2 | CIVIL COVER SHEET filed..(Narwold, William) (Entered: 12/30/2020) |
| 01/04/2021 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney William H. Narwold. The party information for the following party/parties has been modified: Matthew T Shafer. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (gp)** (Entered: 01/04/2021) |
| 01/04/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Paul G. Gardephe. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(gp) (Entered: 01/04/2021) |
| 01/04/2021 | | Magistrate Judge Gabriel W. Gorenstein is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (gp) (Entered: 01/04/2021) |
| 01/04/2021 | | Case Designated ECF. (gp) (Entered: 01/04/2021) |
| 01/04/2021 | 3 | NOTICE OF APPEARANCE by Mathew P. Jasinski on behalf of Matthew T Shafer..(Jasinski, Mathew) (Entered: 01/04/2021) |
| 01/05/2021 | 4 | NOTICE OF PRETRIAL CONFERENCE: Per the SDNY COVID–19 COURTHOUSE ENTRY PROGRAM, anyone who appears at any SDNY courthouse must complete a questionnaire and have their temperature taken. Please see the instructions, attached below. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers if you do not meet the requirements. (And as further set forth herein.) SO ORDERED. Initial Conference set for 5/6/2021 at 09:30 AM in Courtroom 705, 40 Centre Street, New York, NY 10007 before Judge Paul G. Gardephe. (Signed by Judge Paul G. Gardephe on 1/5/2021) (jca) (Entered: 01/05/2021) |
| 01/06/2021 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Morgan Stanley, re: 1 Complaint,. Document filed by Matthew T Shafer..(Jasinski, Mathew) (Entered: 01/06/2021) |
| 01/06/2021 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Morgan Stanley Smith Barney LLC, re: 1 Complaint,. Document filed by Matthew T Shafer..(Jasinski, Mathew) (Entered: 01/06/2021) |
| 01/06/2021 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Morgan Stanley Compensation Management Development and Succession Committee, re: 1 Complaint,. Document filed by Matthew T Shafer..(Jasinski, Mathew) (Entered: 01/06/2021) |
| 01/06/2021 | 8 | NOTICE OF APPEARANCE by Thomas Robert Ajamie on behalf of Matthew T Shafer..(Ajamie, Thomas) (Entered: 01/06/2021) |

| | | |
|---|---|---|
| 01/07/2021 | 9 | ELECTRONIC SUMMONS ISSUED as to Morgan Stanley,..(dnh) (Main Document 9 replaced on 1/7/2021) (dnh). (Entered: 01/07/2021) |
| 01/07/2021 | 10 | ELECTRONIC SUMMONS ISSUED as to Morgan Stanley Smith Barney LLC..(dnh) (Entered: 01/07/2021) |
| 01/07/2021 | 11 | ELECTRONIC SUMMONS ISSUED as to Morgan Stanley Compensation Management Development and Succession Committee..(dnh) (Entered: 01/07/2021) |
| 01/07/2021 | 12 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for John S. "Jack" Edwards, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–23405676. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Matthew T Shafer. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Affidavit of John S. "Jack" Edwards, Jr., # 4 Proposed Order).(Edwards, John) Modified on 1/7/2021 (bcu). (Entered: 01/07/2021) |
| 01/07/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 12 MOTION for John S. "Jack" Edwards, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–23405676. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Attorney Affidavit not notarized;. Re–file the motion as a Corrected Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bcu)** (Entered: 01/07/2021) |
| 01/08/2021 | 13 | MOTION to Amend/Correct *Motion to Appear Pro Hac Vice*. Document filed by Matthew T Shafer. (Attachments: # 1 Affidavit in Support of Motion to Appear Pro Hac Vice, # 2 Proposed Order).(Edwards, John) (Entered: 01/08/2021) |
| 01/08/2021 | 14 | NOTICE OF APPEARANCE by Douglas Patrick Needham on behalf of Matthew T Shafer..(Needham, Douglas) (Entered: 01/08/2021) |
| 01/08/2021 | 15 | SUMMONS RETURNED EXECUTED. Morgan Stanley, served on 1/8/2021, answer due 1/29/2021. Service was made by Mail. Document filed by Matthew T Shafer..(Jasinski, Mathew) (Entered: 01/08/2021) |
| 01/08/2021 | 16 | SUMMONS RETURNED EXECUTED. Morgan Stanley Smith Barney LLC served on 1/8/2021, answer due 1/29/2021. Service was made by Mail. Document filed by Matthew T Shafer..(Jasinski, Mathew) (Entered: 01/08/2021) |
| 01/08/2021 | 17 | SUMMONS RETURNED EXECUTED. Morgan Stanley Compensation Management Development and Succession Committee served on 1/8/2021, answer due 1/29/2021. Service was made by Mail. Document filed by Matthew T Shafer..(Jasinski, Mathew) (Entered: 01/08/2021) |
| 01/19/2021 | 18 | NOTICE OF APPEARANCE by Pamela Addison Miller on behalf of Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(Miller, Pamela) (Entered: 01/19/2021) |
| 01/19/2021 | 19 | NOTICE OF APPEARANCE by Meaghan McLaine Vergow on behalf of Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(Vergow, Meaghan) (Entered: 01/19/2021) |
| 01/19/2021 | 20 | NOTICE OF APPEARANCE by Karen Gillen on behalf of Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(Gillen, Karen) (Entered: 01/19/2021) |
| 01/19/2021 | 21 | MOTION for Brian D. Boyle to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–23584578. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,. (Attachments: # 1 Declaration of Brian D. Boyle, # 2 Certificate of Good Standing – CA, # 3 Certificate of Good Standing – DC, # 4 Text of Proposed Order).(Boyle, Brian) (Entered: 01/19/2021) |

| | | |
|---|---|---|
| 01/19/2021 | 22 | LETTER MOTION for Extension of Time to File Answer , *Move, or Otherwise Respond to the Complaint* addressed to Judge Paul G. Gardephe from Meaghan VerGow dated January 19, 2021. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(Vergow, Meaghan) (Entered: 01/19/2021) |
| 01/19/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 21 MOTION for Brian D. Boyle to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−23584578. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 01/20/2021) |
| 01/25/2021 | 23 | ORDER FOR ADMISSION PRO HAC VICE granting 21 MOTION for Brian D. Boyle to Appear Pro Hac Vice. (Signed by Judge Paul G. Gardephe on 1/25/2021) (jca) (Entered: 01/25/2021) |
| 01/25/2021 | 24 | ORDER FOR ADMISSION PRO HAC VICE OF JOHN S. "JACK" EDWARDS, JR. granting 13 MOTION to Amend/Correct Motion to Appear Pro Hac Vice. (Signed by Judge Paul G. Gardephe on 1/25/2021) (jca) (Entered: 01/25/2021) |
| 01/25/2021 | 25 | ORDER granting 22 LETTER MOTION for Extension of Time to File Answer, Move, or Otherwise Respond to the Complaint. The Application is granted. SO ORDERED. Morgan Stanley Compensation Management Development and Succession Committee answer due 2/24/2021; Morgan Stanley Smith Barney LLC answer due 2/24/2021; Morgan Stanley, answer due 2/24/2021. (Signed by Judge Paul G. Gardephe on 1/25/2021) (jca) (Entered: 01/25/2021) |
| 01/27/2021 | 26 | MOTION for Dona Szak to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number CNYSDC−23713918. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Matthew T Shafer. (Attachments: # 1 Affidavit Affidavit in Support of Motion to Appear Pro Hac Vice, # 2 Exhibit A, # 3 Text of Proposed Order Proposed Order).(Szak, Dona) (Entered: 01/27/2021) |
| 01/27/2021 | 27 | MOTION for David Siegel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−23714437. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Matthew T Shafer. (Attachments: # 1 Affidavit Affidavit in Support of Motion to Appear Pro Hac Vice, # 2 Exhibit A, # 3 Text of Proposed Order Proposed Order).(Szak, Dona) (Entered: 01/27/2021) |
| 01/27/2021 | 28 | MOTION for Robert A. Izard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−23716702. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Matthew T Shafer. (Attachments: # 1 Declaration of Robert A. Izard, # 2 Certificate of Good Standing, # 3 Proposed Order).(Izard, Robert) (Entered: 01/27/2021) |
| 01/27/2021 | 29 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Mark P. Kindall to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−23716797. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Matthew T Shafer. (Attachments: # 1 Declaration of Mark P. Kindall, # 2 Certificate of Good Standing − CT, # 3 Certificate of Good Standing − DC, # 4 Certificate of Good Standing − CA, # 5 Proposed Order).(Kindall, Mark) Modified on 1/27/2021 (wb). (Entered: 01/27/2021) |
| 01/27/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 27 MOTION for David Siegel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−23714437. Motion and supporting papers to be reviewed by Clerk's Office staff., 26 MOTION for Dona Szak to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number CNYSDC−23713918. Motion and supporting papers to be reviewed by Clerk's Office staff., 28 MOTION for Robert A. Izard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−23716702. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 01/27/2021) |
| 01/27/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 29 MOTION for Mark P. Kindall to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−23716797. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing** |

| | | |
|---|---|---|
| | | **is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 01/27/2021) |
| 01/29/2021 | 30 | NOTICE OF APPEARANCE by Mark Peter Kindall on behalf of Matthew T Shafer..(Kindall, Mark) (Entered: 01/29/2021) |
| 01/29/2021 | 31 | ORDER FOR ADMISSION PRO HAC VICE OF DAVID S. SIEGEL granting 27 MOTION for David Siegel to Appear Pro Hac Vice. (Signed by Judge Paul G. Gardephe on 1/29/2021) (jca) (Entered: 01/29/2021) |
| 01/29/2021 | 32 | ORDER FOR ADMISSION PRO HAC VICE OF DONA SZAK granting 26 MOTION for Dona Szak to Appear Pro Hac Vice. (Signed by Judge Paul G. Gardephe on 1/29/2021) (jca) (Entered: 01/29/2021) |
| 01/29/2021 | 33 | ORDER granting 28 Motion for Robert A. Izard to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. So Ordered. (Signed by Judge Paul G. Gardephe on 1/29/2021) (js) (Entered: 01/29/2021) |
| 02/22/2021 | 34 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, *(Defendants' Request for Extension of Time)* addressed to Judge Paul G. Gardephe from Meaghan VerGow dated February 22, 2021. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(Vergow, Meaghan) (Entered: 02/22/2021) |
| 02/23/2021 | 35 | ORDER granting 34 Letter Motion for Extension of Time to Answer re 34 CONSENT LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, *(Defendants' Request for Extension of Time)* addressed to Judge Paul G. Gardephe from Meaghan VerGow dated February 22, 2021. The Application is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 2/23/2021) (jca) (Entered: 02/23/2021) |
| 02/23/2021 | | Set/Reset Deadlines: Motions due by 3/24/2021. (jca) (Entered: 02/23/2021) |
| 03/03/2021 | 36 | MOTION for Joinder *of Additional Named Plaintiffs and Proposed Class Representatives*. Document filed by Matthew T Shafer..(Jasinski, Mathew) (Entered: 03/03/2021) |
| 03/03/2021 | 37 | MEMORANDUM OF LAW in Support re: 36 MOTION for Joinder *of Additional Named Plaintiffs and Proposed Class Representatives*. . Document filed by Matthew T Shafer..(Jasinski, Mathew) (Entered: 03/03/2021) |
| 03/26/2021 | 38 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply *re: Defendants' Motion to Compel Arbitration* addressed to Judge Paul G. Gardephe from Mathew P. Jasinski dated March 26, 2021. Document filed by Matthew T Shafer..(Jasinski, Mathew) (Entered: 03/26/2021) |
| 04/01/2021 | 39 | ORDER granting 38 Letter Motion for Extension of Time to File Response/Reply re 38 CONSENT LETTER MOTION for Extension of Time to File Response/Reply *re: Defendants' Motion to Compel Arbitration* addressed to Judge Paul G. Gardephe from Mathew P. Jasinski dated March 26, 2021. The Application is granted. SO ORDERED. Responses due by 4/21/2021 (Signed by Judge Paul G. Gardephe on 4/1/2021) (jca) (Entered: 04/01/2021) |
| 04/23/2021 | 40 | LETTER addressed to Judge Paul G. Gardephe from Meaghan VerGow dated April 23, 2021 re: May 6, 2021 Pretrial Conference. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(Vergow, Meaghan) (Entered: 04/23/2021) |
| 04/26/2021 | 41 | MEMO ENDORSEMENT on re: 40 Letter, filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley, ENDORSEMENT: The conference scheduled for May 6, 2021 is adjourned sine die. SO ORDERED. (Signed by Judge Paul G. Gardephe on |

| | | |
|---|---|---|
| | | 4/26/2021) (ks) (Entered: 04/26/2021) |
| 05/05/2021 | 42 | MOTION to Compel Arbitration *and*., MOTION to Stay *Proceedings*. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(Vergow, Meaghan) (Entered: 05/05/2021) |
| 05/05/2021 | 43 | MEMORANDUM OF LAW in Support re: 42 MOTION to Compel Arbitration *and*. MOTION to Stay *Proceedings*. . Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(Vergow, Meaghan) (Entered: 05/05/2021) |
| 05/05/2021 | 44 | MEMORANDUM OF LAW in Opposition re: 42 MOTION to Compel Arbitration *and*. MOTION to Stay *Proceedings*. . Document filed by Matthew T Shafer..(Jasinski, Mathew) (Entered: 05/05/2021) |
| 05/05/2021 | 45 | DECLARATION of Keith Porco in Support re: 42 MOTION to Compel Arbitration *and*. MOTION to Stay *Proceedings*.. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,. (Attachments: # 1 Exhibit A – Morgan Stanley Financial Advisor Compensation Plan, 01/12/2015, # 2 Exhibit B – Growth Award Bonus Agreement, 02/06/2015).(Vergow, Meaghan) (Entered: 05/05/2021) |
| 05/05/2021 | 46 | DECLARATION of Mathew P. Jasinski in Opposition re: 42 MOTION to Compel Arbitration *and*. MOTION to Stay *Proceedings*.. Document filed by Matthew T Shafer. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Jasinski, Mathew) (Entered: 05/05/2021) |
| 05/05/2021 | 47 | CERTIFICATE OF SERVICE of Notice of Motion to Compel Arbitration and to Stay Proceedings, the Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and to Stay Proceedings, and the Declaration of Keith Porco in Support of Defendants' Motion to Compel Arbitration and to Stay Proceedings and exhibits served on Attorneys for Plaintiff on March 24, 2021. Service was made by Email. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(Vergow, Meaghan) (Entered: 05/05/2021) |
| 05/05/2021 | 48 | REPLY MEMORANDUM OF LAW in Support re: 42 MOTION to Compel Arbitration *and*. MOTION to Stay *Proceedings*. . Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(Vergow, Meaghan) (Entered: 05/05/2021) |
| 05/05/2021 | 49 | LETTER MOTION for Oral Argument *on Motion to Compel Arbitration* addressed to Judge Paul G. Gardephe from Meaghan VerGow dated May 5, 2021. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(Vergow, Meaghan) (Entered: 05/05/2021) |
| 05/19/2021 | 50 | LETTER addressed to Judge Paul G. Gardephe from Douglas P. Needham dated May 19, 2021 re: Withdrawal of Motion for Joinder (ECF Nos. 36 and 37) for Mr. Randall Powers. Document filed by Matthew T Shafer..(Needham, Douglas) (Entered: 05/19/2021) |
| 09/03/2021 | 51 | LETTER addressed to Judge Paul G. Gardephe from Mathew P. Jasinski dated September 3, 2021 re: ECFs 36, 37, 50, 42–49. Document filed by Matthew T Shafer..(Jasinski, Mathew) (Entered: 09/03/2021) |
| 11/08/2021 | 52 | CONSENT MOTION for Leave to File Notice of Supplemental Authority in Support of Plaintiff's Opposition to Defendants' Motion to Compel Arbitration . Document filed by Matthew T Shafer. (Attachments: # 1 Exhibit A [Notice of Supplemental Authority], # 2 Text of Proposed Order).(Jasinski, Mathew) (Entered: 11/08/2021) |
| 11/10/2021 | 53 | ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION granting 52 Motion for Leave to File Document. After considering Plaintiff's Motion for Leave to File Plaintiff's Notice of Supplemental Authority in Support of His Opposition to Defendants Motion to Compel Arbitration, the Court: GRANTS Plaintiff's Motion for |

| | | |
|---|---|---|
| | | Leave to File Plaintiff's Notice of Supplemental Authority in Support of His Opposition to Defendants' Motion to Compel Arbitration; ORDERS that Plaintiff's Motion for Leave to File Plaintiff's Notice of Supplemental Authority in Support of His Opposition to Defendants' Motion to Compel Arbitration is deemed filed as of the date of this order; and ORDERS that Defendants may respond to Plaintiff's Motion for Leave to File Plaintiff's Notice of Supplemental Authority in Support of His Opposition to Defendants' Motion to Compel Arbitration within ten days of the date of this order. SO ORDERED. (Signed by Judge Paul G. Gardephe on 11/10/2021) (mml) (Entered: 11/12/2021) |
| 11/16/2021 | 54 | RESPONSE re: 53 Order on Motion for Leave to File Document,,,, 52 CONSENT MOTION for Leave to File Notice of Supplemental Authority in Support of Plaintiff's Opposition to Defendants' Motion to Compel Arbitration . . Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 11/16/2021) |
| 12/15/2021 | 55 | MOTION for Mark P. Kindall to Withdraw as Attorney . Document filed by Matthew T Shafer..(Needham, Douglas) (Entered: 12/15/2021) |
| 12/17/2021 | 56 | MEMO ENDORSEMENT granting 55 Motion to Withdraw as Attorney. ENDORSEMENT: The Application is granted. SO ORDERED. Attorney Mark Peter Kindall terminated. (Signed by Judge Paul G. Gardephe on 12/17/2021) (ate) (Entered: 12/17/2021) |
| 03/10/2022 | 57 | MEMO ENDORSEMENT on PLAINTIFF'S MOTION FOR JOINDER OF ADDITIONAL NAMED PLAINTIFFS AND PROPOSED CLASS REPRESENTATIVES granting 36 Motion for Joinder; denying without prejudice to renewal by formal motion 42 Motion to Compel Arbitration; denying without prejudice to renewal by formal motion 42 Motion to Stay re: 36 MOTION for Joinder *of Additional Named Plaintiffs and Proposed Class Representatives*., 42 MOTION to Compel Arbitration *and*. MOTION to Stay *Proceedings*. ENDORSEMENT: The motion for joinder (Dkt. No. 36) is granted. An amended complaint will be filed by March 24, 2022. The motion to compel arbitration (Dkt. No. 42) is denied without prejudice to renewal after an amended complaint has been filed. SO ORDERED.. (Signed by Judge Paul G. Gardephe on 3/10/2022) (ks) (Entered: 03/10/2022) |
| 03/10/2022 | | Set/Reset Deadlines: Amended Pleadings due by 3/24/2022. (ks) (Entered: 03/10/2022) |
| 03/24/2022 | 58 | AMENDED COMPLAINT amending 1 Complaint, against John/Jane Does, Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,.Document filed by Matthew T Shafer, Mace Tamse, Steve Sheresky, George Livanos, Jeffrey Shover, Mark Loftus, Sandy Jukel, Steve Nadler, Sheri Haugabook, Jeffrey Sheresky, Peter Heidt, Jeffrey Samsen. Related document: 1 Complaint,..(Narwold, William) (Entered: 03/24/2022) |
| 03/30/2022 | 59 | LETTER MOTION for Extension of Time to File Answer re: 58 Amended Complaint, addressed to Judge Paul G. Gardephe from Meaghan VerGow dated Mach 20, 2022. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 03/30/2022) |
| 04/01/2022 | 60 | ORDER: granting 59 Letter Motion for Extension of Time to Answer re 59 LETTER MOTION for Extension of Time to File Answer re: 58 Amended Complaint, addressed to Judge Paul G. Gardephe from Meaghan VerGow dated Mach 20, 2022. The Application is Granted. SO ORDERED. Morgan Stanley Compensation Management Development and Succession Committee answer due 5/9/2022; Morgan Stanley Smith Barney LLC answer due 5/9/2022; Morgan Stanley, answer due 5/9/2022. (Signed by Judge Paul G. Gardephe on 4/01/2022) (ama) (Entered: 04/01/2022) |
| 05/13/2022 | 61 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply *re: Defendants' May 9, 2022, Motion to Compel Arbitration* addressed to Judge Paul G. Gardephe from Mathew P. Jasinski dated May 13, 2022. Document filed by Sheri Haugabook, Peter Heidt, Sandy Jukel, George Livanos, Mark Loftus, Steve Nadler, Jeffrey Samsen, Matthew T Shafer, Jeffrey Sheresky, Steve Sheresky, Jeffrey Shover, Mace Tamse..(Jasinski, Mathew) (Entered: 05/13/2022) |

| | | |
|---|---|---|
| 05/16/2022 | 62 | ORDER: granting 61 Letter Motion for Extension of Time to File Response/Reply re 61 CONSENT LETTER MOTION for Extension of Time to File Response/Reply re: Defendants' May 9, 2022, Motion to Compel Arbitration. addressed to Judge Paul G. Gardephe from Mathew P. Jasinski dated May 13, 2022. The Application is Granted. SO ORDERED. Responses due by 6/8/2022 Replies due by 6/29/2022. (Signed by Judge Paul G. Gardephe on 5/16/2022) (ama) (Entered: 05/16/2022) |
| 06/15/2022 | 63 | MOTION for David S. Siegel to Withdraw as Attorney *of Record for Plaintiffs*. Document filed by Sheri Haugabook, Peter Heidt, Sandy Jukel, George Livanos, Mark Loftus, Steve Nadler, Jeffrey Samsen, Matthew T Shafer, Jeffrey Sheresky, Steve Sheresky, Jeffrey Shover, Mace Tamse..(Ajamie, Thomas) (Entered: 06/15/2022) |
| 06/17/2022 | 64 | MEMO ENDORSEMENT on MOTION TO WITHDRAW DAVID S. SIEGEL AS COUNSEL OF RECORD FOR PLAINTIFFS granting 63 Motion to Withdraw as Attorney. ENDORSEMENT: The Application is granted. SO ORDERED.. (Signed by Judge Paul G. Gardephe on 6/17/2022) (ks) (Entered: 06/17/2022) |
| 06/29/2022 | 65 | MOTION to Compel Arbitration . Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 06/29/2022) |
| 06/29/2022 | 66 | MEMORANDUM OF LAW in Support re: 65 MOTION to Compel Arbitration . . Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 06/29/2022) |
| 06/29/2022 | 67 | DECLARATION of KEITH PORCO in Support re: 65 MOTION to Compel Arbitration .. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,. (Attachments: # 1 Exhibit A– 2015 FA Compensation Plan, # 2 Exhibit B– Shafer 2015 Bonus Agreement, # 3 Exhibit C–Tamse 2014 Bonus Agreement, # 4 Exhibit D– Loftus 2014 Bonus Agreement).(VerGow, Meaghan) (Entered: 06/29/2022) |
| 06/29/2022 | 68 | DECLARATION of JESSICA KRENTZMAN in Support re: 65 MOTION to Compel Arbitration .. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,. (Attachments: # 1 Exhibit A– Nadler Employment Agreement, # 2 Exhibit B– Pre–2015 CARE Guidebook, # 3 Exhibit C– 2015 CARE Expansion Email, # 4 Exhibit D– 2015 CARE Guidebook, # 5 Exhibit E– 2015 CARE Agreement).(VerGow, Meaghan) (Entered: 06/29/2022) |
| 06/29/2022 | 69 | REPLY MEMORANDUM OF LAW in Support re: 65 MOTION to Compel Arbitration . *AND TO STAY PROCEEDINGS*. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 06/29/2022) |
| 06/29/2022 | 70 | LETTER addressed to Judge Paul G. Gardephe from Meaghan VerGow dated 6/29/2022 re: Oral Argument on Motion to Compel Arbitration. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 06/29/2022) |
| 06/29/2022 | 71 | CERTIFICATE OF SERVICE of the Notice of Motion to Compel Arbitration and to Stay Proceedings, the Memorandum of Law in Support of Defendants Motion to Compel Arbitration and to Stay Proceedings, the Declaration of Keith Porco in Support of Defendants Motion to Compel Arbitration and to Stay Proceedings and exhibits attached thereto, and the Declaration of Jessica Krentzman in Support of Defendants Motion to Compel Arbitration and to Stay Proceedings and exhibits served on Attorneys for Plaintiffs on 6/29/2022. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 06/29/2022) |
| 06/30/2022 | 72 | MEMORANDUM OF LAW in Opposition re: 65 MOTION to Compel Arbitration . . Document filed by Sheri Haugabook, Peter Heidt, Sandy Jukel, George Livanos, Mark Loftus, Steve Nadler, Jeffrey Samsen, Matthew T Shafer, Jeffrey Sheresky, Steve Sheresky, Jeffrey Shover, Mace Tamse. (Attachments: # 1 Affidavit Declaration of Mathew P. Jasinski, # 2 Exhibit 1, # 3 Exhibit 2).(Jasinski, Mathew) (Entered: |

| | | |
|---|---|---|
| | | 06/30/2022) |
| 10/04/2022 | 73 | LETTER addressed to Judge Paul G. Gardephe from Meaghan VerGow dated October 4, 2022 re: Motion to Compel Arbitration. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 10/04/2022) |
| 12/20/2022 | 74 | CONSENT MOTION for Leave to File Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration . Document filed by Sheri Haugabook, Peter Heidt, Sandy Jukel, George Livanos, Mark Loftus, Steve Nadler, Jeffrey Samsen, Matthew T Shafer, Jeffrey Sheresky, Steve Sheresky, Jeffrey Shover, Mace Tamse. (Attachments: # 1 Exhibit A [Plaintiffs' Notice of Supplemental Authority], # 2 Text of Proposed Order Text of Proposed Order).(Jasinski, Mathew) (Entered: 12/20/2022) |
| 12/29/2022 | 75 | ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION granting 74 Letter Motion for Leave to File Document. After considering Plaintiffs' Motion for Leave to File Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration, the Court: GRANTS Plaintiffs' Motion for Leave to File Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration; ORDERS that Plaintiffs' Motion for Leave to File Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration is deemed filed as of the date of this order; and ORDERS that Defendants may respond to Plaintiffs' Motion for Leave to File Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration within ten days of the date of this order. (Signed by Judge Paul G. Gardephe on 12/29/2022) (rro) (Entered: 12/29/2022) |
| 01/09/2023 | 76 | RESPONSE to Motion re: 74 CONSENT MOTION for Leave to File Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration . 75 . Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 01/09/2023) |
| 03/14/2023 | 77 | MOTION for Karen Gillen to Withdraw as Attorney . Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(Gillen, Karen) (Entered: 03/14/2023) |
| 03/15/2023 | 78 | MEMO ENDORSEMENT granting 77 Motion to Withdraw as Attorney.ENDORSEMENT: The Application is granted. SO ORDERED. Attorney Karen Gillen terminated. (Signed by Judge Paul G. Gardephe on 3/15/2023) (tg) (Entered: 03/15/2023) |
| 03/21/2023 | 79 | CONSENT MOTION for Leave to File Plaintiffs' Second Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration . Document filed by Sheri Haugabook, Peter Heidt, Sandy Jukel, George Livanos, Mark Loftus, Steve Nadler, Jeffrey Samsen, Matthew T Shafer, Jeffrey Sheresky, Steve Sheresky, Jeffrey Shover, Mace Tamse. (Attachments: # 1 Exhibit A [Plaintiffs' Second Notice of Supplemental Authority], # 2 Text of Proposed Order Text of Proposed Order).(Jasinski, Mathew) (Entered: 03/21/2023) |
| 03/23/2023 | 80 | ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION 79 Motion for Leave to File Document. the Court GRANTS Plaintiffs' Motion for Leave to File Plaintiffs' Second Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration; ORDERS that Plaintiffs' Second Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration is deemed filed as of the date of this order; and ORDERS that Defendants may respond to Plaintiffs' Second Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration within ten days of the date of this order. (Signed by Judge Paul G. Gardephe on 3/23/2023) (tro) (Entered: 03/24/2023) |

| | | |
|---|---|---|
| 04/03/2023 | 81 | RESPONSE re: 80 Order on Motion for Leave to File Document,,, 79 CONSENT MOTION for Leave to File Plaintiffs' Second Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration . *(Defendants' Response to Plaintiffs' Second Notice of Supplemental Authority in Support of their Opposition to Defendants' Motion to Compel Arbitration)*. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 04/03/2023) |
| 09/15/2023 | 82 | ORDER: Accordingly, by Wednesday, September 20, 2023, the parties will submit letters addressing whether Plaintiffs' allegations that, in certain scenarios, some financial analysts receive their scheduled payouts after their employment with Morgan Stanley ends demonstrates that the deferred compensation program is an ERISA plan. (Signed by Judge Paul G. Gardephe on 9/15/2023) (ate) (Entered: 09/15/2023) |
| 09/15/2023 | 83 | LETTER addressed to Judge Paul G. Gardephe from Mathew P. Jasinski dated September 15, 2023 re: providing Court with documents cited in Amended Complaint per request received from Chambers.. Document filed by Sheri Haugabook, Peter Heidt, Sandy Jukel, George Livanos, Mark Loftus, Steve Nadler, Jeffrey Samsen, Matthew T Shafer, Jeffrey Sheresky, Steve Sheresky, Jeffrey Shover, Mace Tamse. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J).(Jasinski, Mathew) (Entered: 09/15/2023) |
| 09/20/2023 | 84 | LETTER addressed to Judge Paul G. Gardephe from Mathew P. Jasinski dated September 20, 2023 re: 82 ORDER directing parties to address whether the deferred compensation program is an ERISA plan. Document filed by Sheri Haugabook, Peter Heidt, Sandy Jukel, George Livanos, Mark Loftus, Steve Nadler, Jeffrey Samsen, Matthew T Shafer, Jeffrey Sheresky, Steve Sheresky, Jeffrey Shover, Mace Tamse..(Jasinski, Mathew) (Entered: 09/20/2023) |
| 09/20/2023 | 85 | LETTER addressed to Judge Paul G. Gardephe from Meaghan VerGow dated September 20, 2023 re: ERISA Plan Status. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,. (Attachments: # 1 Exhibit A – FINRA Arbitration Award).(VerGow, Meaghan) (Entered: 09/20/2023) |
| 11/21/2023 | 86 | MEMORANDUM OPINION & ORDER re: 65 MOTION to Compel Arbitration . filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,., Defendants' motion to compel arbitration (Dkt. No. 65) is granted. Because "the text, structure, and underlying policy of [Section 3 of] the FAA mandate a stay of proceedings when all of the claims in an action have been referred to arbitration and a stay requested," Katz v. Cellco P'ship, 794 F.3d 341, 347 (2d Cir. 2015), the case will be stayed pending arbitration. The Clerk of Court is directed to terminate the motion (Dkt. No. 65). SO ORDERED. (Signed by Judge Paul G. Gardephe on 11/21/2023) Case stayed. (ks) (Entered: 11/21/2023) |
| 12/05/2023 | 87 | MOTION for Reconsideration *or Clarification*. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 12/05/2023) |
| 12/05/2023 | 88 | MEMORANDUM OF LAW in Support re: 87 MOTION for Reconsideration *or Clarification*. . Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 12/05/2023) |
| 12/11/2023 | 89 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 87 MOTION for Reconsideration *or Clarification*. addressed to Judge Paul G. Gardephe from Meaghan VerGow dated December 11, 2023. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 12/11/2023) |
| 12/11/2023 | 90 | MEMO ENDORSEMENT on re: 89 CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 87 MOTION for Reconsideration *or Clarification*. addressed to Judge Paul G. Gardephe from Meaghan VerGow dated December 11, 2023. filed by Morgan Stanley Compensation Management Development and |

| | | |
|---|---|---|
| | | Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,, ENDORSEMENT: The application is granted. Plaintiffs' opposition is due January 9, 2024. Defendants' reply is due January 30, 2024. SO ORDERED. (Signed by Judge Paul G. Gardephe on 12/11/2023) ( Replies due by 1/30/2024., Responses due by 1/9/2024) (ks) (Entered: 12/11/2023) |
| 01/09/2024 | 91 | MEMORANDUM OF LAW in Opposition re: 87 MOTION for Reconsideration *or Clarification*. . Document filed by Sheri Haugabook, Peter Heidt, Sandy Jukel, George Livanos, Mark Loftus, Steve Nadler, Jeffrey Samsen, Matthew T Shafer, Jeffrey Sheresky, Steve Sheresky, Jeffrey Shover, Mace Tamse..(Jasinski, Mathew) (Entered: 01/09/2024) |
| 01/30/2024 | 92 | REPLY MEMORANDUM OF LAW in Support re: 87 MOTION for Reconsideration *or Clarification*. . Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 01/30/2024) |
| 04/02/2024 | 93 | LETTER MOTION for Leave to File Declaration with Exhibits addressed to Judge Paul G. Gardephe from Meaghan VerGow dated 4/2/2024. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 04/02/2024) |
| 04/02/2024 | 94 | DECLARATION of Meaghan VerGow in Support re: 87 MOTION for Reconsideration *or Clarification*., 93 LETTER MOTION for Leave to File Declaration with Exhibits addressed to Judge Paul G. Gardephe from Meaghan VerGow dated 4/2/2024.. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,. (Attachments: # 1 Exhibit –A Souma Award, # 2 Exhibit – B Transcript Excerpts (Feb. 26, 2024), # 3 Exhibit – C Transcript Excerpts (Feb. 27, 2024), # 4 Exhibit – D Transcript Excerpts (Feb. 28, 2024), # 5 Exhibit – E Transcript Excerpts (Feb. 29, 2024), # 6 Exhibit – F Serrano Award, # 7 Exhibit – G Website Printout).(VerGow, Meaghan) (Entered: 04/02/2024) |
| 04/05/2024 | 95 | LETTER RESPONSE in Opposition to Motion addressed to Judge Paul G. Gardephe from Mathew P. Jasinski dated April 5, 2024 re: 93 LETTER MOTION for Leave to File Declaration with Exhibits addressed to Judge Paul G. Gardephe from Meaghan VerGow dated 4/2/2024. . Document filed by Sheri Haugabook, Peter Heidt, Sandy Jukel, George Livanos, Mark Loftus, Steve Nadler, Jeffrey Samsen, Matthew T Shafer, Jeffrey Sheresky, Steve Sheresky, Jeffrey Shover, Mace Tamse..(Jasinski, Mathew) (Entered: 04/05/2024) |
| 04/26/2024 | 96 | LETTER addressed to Judge Paul G. Gardephe from Meaghan VerGow dated 04/26/2024 re: Motion for Reconsideration or Clarification. Document filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley,..(VerGow, Meaghan) (Entered: 04/26/2024) |
| 08/27/2024 | 97 | ORDER of USCA (Certified Copy) USCA Case Number 24−1485. Petitioners have filed a petition for a writ of mandamus directing the district court to, inter alia, rule on Petitioners' pending motion for reconsideration. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED without prejudice to renewal if the district court fails to act on the reconsideration motion within a reasonable time. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 8/27/2024..(nd) (Entered: 08/27/2024) |
| 10/02/2024 | 98 | MANDATE of USCA (Certified Copy) USCA Case Number 24−1485. Petitioners have filed a petition for a writ of mandamus directing the district court to, inter alia, rule on Petitioners' pending motion for reconsideration. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED without prejudice to renewal if the district court fails to act on the reconsideration motion within a reasonable time. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Order: 10/2/2024.(km) (Entered: 10/02/2024) |
| 10/02/2024 | | Transmission of USCA Mandate/Order to the District Judge re: 98 USCA Mandate.(km) (Entered: 10/02/2024) |

| | | |
|---|---|---|
| 11/05/2024 | 99 | MEMORANDUMOPINION & ORDER re: 87 MOTION for Reconsideration *or Clarification* filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley, 89 CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 87 MOTION for Reconsideration *or Clarification* addressed to Judge Paul G. Gardephe from Meaghan VerGow dated December 11, 2023 filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley, 93 LETTER MOTION for Leave to File Declaration with Exhibits addressed to Judge Paul G. Gardephe from Meaghan VerGow dated 4/2/2024 filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley. For the reasons stated above, Defendants' motion for reconsideration and/or clarification (Dkt. No. 87) is denied. The Clerk of Court is directed to terminate the motions. (Dkt. No. 87, 89, 93). SO ORDERED. (Signed by Judge Paul G. Gardephe on 11/4/2024) (mml) (Entered: 11/06/2024) |
| 11/29/2024 | 100 | NOTICE OF INTERLOCUTORY APPEAL from 86 Memorandum & Opinion, Case Stayed,,,,,, 99 Memorandum & Opinion,,,,. Document filed by Morgan Stanley,, Morgan Stanley Smith Barney LLC, Morgan Stanley Compensation Management Development and Succession Committee. Filing fee $ 605.00, receipt number ANYSDC–30254470. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(VerGow, Meaghan) (Entered: 11/29/2024) |
| 12/02/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 100 Notice of Interlocutory Appeal.(km) (Entered: 12/02/2024) |
| 12/02/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 100 Notice of Interlocutory Appeal, filed by Morgan Stanley Compensation Management Development and Succession Committee, Morgan Stanley Smith Barney LLC, Morgan Stanley, were transmitted to the U.S. Court of Appeals.(km) (Entered: 12/02/2024) |