**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: December 17, 2024
Docket #: 24-3141
Short Title: Morgan Stanley v. Shafer

DC Docket #: 1:20-cv-11047
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Paul G. Gardephe

## AMENDED CAPTION NOTICE

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8551.