UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-3141

**Caption [use short title]**

**Motion for:** extension of time to brief Appellees' motion to dismiss Appellants' appeal and Appellants' cross-motion to dismiss Appellees' conditional cross-appeal

Shafer, et al.,

Plaintiff-Appellees

- against -

**Set forth below precise, complete statement of relief sought:**
The parties request an extension of time such that Appellants' combined opposition to Appellees' motion to dismiss and cross-motion to dismiss is due January 6, 2025; Appellees' combined reply in support of its motion and opposition to Appellants' cross-motion is due January 16, 2025; and Appellants' reply in support of its cross-motion is due January 23, 2025.

Morgan Stanley, Morgan Stanley Smith Barney LLC, and Morgan Stanley Compensation Management Development and Succession Committee

Defendant-Appellants

**MOVING PARTY:** Morgan Stanley, et al.
**OPPOSING PARTY:** N/A

☐ Plaintiff  ☒ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Meaghan VerGow
**OPPOSING ATTORNEY:** Mathew P. Jasinski

[name of attorney, with firm, address, phone number and e-mail]

O'Melveny & Myers LLP
1625 Eye Street NW, Washington DC 20006
(202) 383-5300; mvergow@omm.com

Motley Rice LLC
20 Church Street, 17th Floor, Hartford, CT 06103
(860) 218-2725; mjasinski@motleyrice.com

**Court- Judge/ Agency appealed from:** Southern District of New York; Hon. Paul G. Gardephe

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Meaghan VerGow  **Date:** 12/23/2024  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

No. 24-3141

# In the United States Court of Appeals for the Second Circuit

MATTHEW T. SHAFER, SHERI HAUGABOOK, PETER HEIDT, JEFFREY SHOVER, MACE TAMSE, GEORGE LIVANOS, MARK LOFTUS, JEFFREY SAMSEN, JEFFREY SHERESKY, STEVE SHERESKY, STEVE NADLER, AND SANDY JUKEL,

*Plaintiff-Appellees,*

-against-

MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, AND MORGAN STANLEY COMPENSATION MANAGEMENT DEVELOPMENT AND SUCCESSION COMMITTEE,

*Defendant-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
JUDGE PAUL G. GARDEPHE

**JOINT MOTION FOR EXTENSION OF TIME**

Defendant-Appellants Morgan Stanley, Morgan Stanley Smith Barney LLC, and Morgan Stanley Compensation Management Development and Succession Committee (together "Morgan Stanley") and Plaintiff-Appellees jointly move the Court under Federal Rule of Appellate Procedure 26(b) to extend the time for briefing on Plaintiff-Appellees' pending Motion to Dismiss (Dkt. 26) and Morgan Stanley's forthcoming cross-motion to dismiss Plaintiff-Appellees' conditional cross-appeal. The parties request that the Court order (i) Morgan Stanley's combined opposition to Plaintiff-Appellees' Motion to Dismiss and cross-motion to dismiss by **January 6, 2025**; (ii) Plaintiff-Appellees' combined reply in support of its Motion to Dismiss and opposition to Morgan Stanley's cross-motion by **January 16, 2025**; and (iii) Morgan Stanley's reply in support of its cross-motion by **January 23, 2025**.

## GROUNDS FOR THE MOTION

Plaintiff-Appellees filed their Motion to Dismiss on December 20, 2024. Dkt. 26. Under the Federal Rules, Morgan Stanley's deadline to oppose the motion is currently December 30, 2024. *See* Fed. R. App. P. 27(a)(3)(A). Together with its opposition, Morgan Stanley plans to file a cross-motion to dismiss Plaintiff-Appellees' conditional cross-appeal, Dkt. 101, *Shafer v. Morgan Stanley*, No. 20-cv-11047 (S.D.N.Y.). In light of the upcoming holidays and counsel's schedules, the parties request that the Court enter the foregoing schedule for briefing their cross-motions to dismiss. The parties have not previously requested an extension of time.

Respectfully submitted this 23rd day of December 2024.

/s/ Mathew P. Jasinski
MATHEW P. JASINSKI
MOTLEY RICE LLC
20 Church Street
17th Floor
Hartford, CT 06103
Tel: (860) 218-2725
mjasinski@motleyrice.com

*Counsel for Plaintiff-Appellees*

/s/ Meaghan VerGow
MEAGHAN VERGOW
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383–5300
mvergow@omm.com

*Counsel for Defendant-Appellants Morgan Stanley, Morgan Stanley Smith Barney LLC, and Morgan Stanley Compensation Management Development and Succession Committee*